UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARIANA SWARTZ,

       Plaintiff,                                Case No. 16-cv-12396
                                                  Hon. Matthew F. Leitman

v.

PROCTER & GAMBLE MANUFACTURING
COMPANY, et al.,

       Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION
## PURSUANT TO LR 83.20(f) [ECF #15]

Defendants' Motion pursuant to Local Rule 83.20(f) is hereby **GRANTED**.

Local counsel, Hans H.J. Pijls, Esq. need not be present with co-counsel for every

appearance.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  September 19, 2016


     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 19, 2016, by electronic means and/or ordinary mail.

                                                      s/Holly A. Monda
                                                     Case Manager
                                                     (313) 234-5113