UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARIANA SWARTZ,

    Plaintiff,

v.

THE PROCTER AND GAMBLE
MANUFACTURING COMPANY, *et al.*,

    Defendants.
_____/

Case No. 16-cv-12396
Hon. Matthew F. Leitman

### ORDER CONDITIONALLY GRANTING PLAINTIFF'S *EX PARTE* RENEWED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL (ECF #31)

On December 4, 2017, Plaintiff Ariana Swartz filed a renewed motion to file two exhibits to her summary judgment motion under seal. (*See* ECF #31.) The Court has reviewed the motion and **CONDITIONALLY GRANTS** it. At the to-be-scheduled hearing on the pending summary judgment motions, the Court will revisit the question of whether the exhibits should remain sealed or whether they should be unsealed under *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299 (6th Cir. 2016).

**IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: December 5, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 5, 2017, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764